AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

ALBERTO VILLAREAL

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:  2:06mj79-SRW

I, _____ALBERTO VILLAREAL_____, charged in a  X complaint  ☐ petition pending in this District   conspiracy of knowingly and intentionally possess with intent to distribute cocaine

in violation of _____21_____, U.S.C., _____846_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a         X examination   ☐ hearing   , do hereby waive (give up) my right to a preliminary  X examination  ☐ hearing.

_____8/9/06_____
Date

_____[signature]_____
Defendant

_____[signature]_____
Counsel for Defendant