**COURTROOM DEPUTY MINUTES**        DATE: __9/27/06__
**MIDDLE DISTRICT OF ALABAMA**
                                    DIGITAL RECORDING: __10:53 -10:54__

- ❏ **INITIAL APPEARANCE**
- ❏ **DETENTION HEARING**
- ❏ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ❏ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❏ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** __VANZETTA PENN MCPHERSON__  **DEPUTY CLERK:** __WANDA ROBINSON__

**CASE NO.** __2:06cr215-MEF__           **DEFT. NAME:** __Alberto Villareal__

**USA:** __Susan Redmond__               **ATTY:** __Samuel Walker__

                                         Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:** _____

**DEFENDANT NOT PRESENT- COURT ORDERED BENCH WARRANT**

---

| | | |
|---|---|---|
| ❏ Kars. | Date of Arrest _____ or ❏ karsr40 | |
| ❏ kia. | Deft. First Appearance. Advised of rights/charges. ❏Pro/Sup Rel Violator | |
| ❏ Finaff. | Financial Affidavit executed ❏ to be obtained by PTS; ❏ **ORAL** Motion for Appt. Of Counsel. | |
| ❏ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ❏20appt. | Panel Attorney Appointed; ❏ to be appointed - prepare voucher | |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ | |
| ❏ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion; | |
| ❏ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ❏ | **DETENTION HRG** ❏ held; ❏ set for _____ ; ❏ **Prelim. Hrg** ❏ Set for _____ | |
| ❏ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ❏kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ❏ kocondrls. | Release order entered. ❏ Deft. advised of conditions of release. | |
| ❏kbnd. | ❏ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ❏ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ❏ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ❏ kwvprl. | Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ❏ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | **ARRAIGNMENT:** _____ **NOT** HELD. Plea of **NOT GUILTY** entered. | |
| | Trial Term _____ ;   **PRETRIAL CONFERENCE DATE:** _____ | |
| | **DISCOVERY DISCLOSURES DATE:** _____ | |
| ❏ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ❏ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ❏ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |

WARRANT TO BE ISSUED