IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR215-MEF |
| | ) | [WO] |
| ALBERTO VILLAREAL | ) | |

**ORDER ON MOTION**

On 11 October 2006, the probation officer filed a petition requesting the revocation of the defendant's pretrial release based upon his failure to appear in court as directed on 27 September 2006 (Doc. # 54). The probation officer has had no contact with the defendant since 26 September 2006 when the last connection via electronic monitoring was made. Thus, the defendant has constructively absconded from electronic monitoring as well. Accordingly, the court FINDS that the defendant poses a risk of flight and that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant. It is therefore ORDERED as follows:

1. The defendant's bond is hereby REVOKED, and upon his apprehension, he shall be remanded to the custody of the United States Marshal.

2. The defendant shall be detained pending his trial.

3. On order of a court of the United States or on request of an attorney for the government, the custodian of the defendant shall deliver him to the United States Marshal for the purpose of appearing in connection with a court proceeding.

DONE this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE