| COURTROOM DEPUTY MINUTES | DATE: 1/17/07 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 1:33 - 1:38 |

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE** WALLACE CAPEL, JR.    **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr215-MEF    **DEFT. NAME:** Alberto Villareal

**USA:** Stephen P. Feaga    **ATTY:** Christine Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:**

Defendant _____ does √ does NOT need an interpreter; NAME _____

---

☐ Kars.    Date of Arrest _____ or ☐ karsr40
kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
☐ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐    Deft. Advises he will retain counsel. Has retained _____
☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
☐    **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
       ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
√ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.    Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
√ Karr.    **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
       √ Trial Term    3/12/07    ;    √ **PRETRIAL CONFERENCE DATE:** 2/16/07
       √ **DISCOVERY DISCLOSURES DATE:** provided
☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.    Identity/Removal Hearing set for _____
☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed**.