IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  CR NO. 2:06CR215-MEF |
| | ) | |
| ALBERTO VILLAREAL | ) | |
| HARRY EDWARD JONES, III | ) | |
| SANTO COLEMAN | ) | |

## ORDER ON MOTION

Upon consideration of the United States' Motion to Substitute Counsel (Doc. #114) filed on January 17, 2007, and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 18th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE