| COURTROOM DEPUTY'S MINUTES | DATE: 2/16/07 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:28 - 9:33 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Wallace Capel, Jr.   DEPUTY CLERK: Wanda A. Robinson**

|  |  |
|---|---|
|  | Alberto Villareal |
|  | Harry Edward Jones, III |
| **CASE NUMBER:   2:06cr215-MEF** | **DEFENDANT(S): Santo Coleman** |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  |  | Alberto Villareal- Christine Freeman |
| Stephen P. Feaga | * | Harry Edward Jones, III-Rodney Caffey, Denise Simmons |
|  | * | Santo Coleman -Joe Morgan Reed |

**DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   Harry Edward Jones, III - #57 Motion in Limine
                              Santo Coleman - #118 Motion in Limine

❏ **PLEA STATUS:**   Possible Trial for Harry Edward Jones, III and Santo Coleman
                    Possible Plea for Alberto Villareal

❏ **TRIAL STATUS**   2 and ½ Days for Trial

❏ **REMARKS:** Parties to file a Joint Motion to Continue Trial by 2/21/07 which will be unopposed by the Government