## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-215-MEF** |
| ) | |
| **ALBERTO VILLAREAL** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161 (h) respectfully moves this Court to move this matter for trial from the March 12, 2007 trial docket.

In support of this Motion, defendant would show:

1. Codefendant Jones has new counsel, who has stated that a motion to continue will be filed.

2. All other counsel, including government counsel, indicated at the pretrial conference on this matter today, that there was no opposition to a motion to continue.

3. Although Mr. Villareal remains in custody, this continuance is necessary, as to Mr. Villareal, for the purpose of negotiating final plea terms.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Alberto Villareal
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099

FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Stephen Feaga, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104, and counsel for all codefendants.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Alberto Villareal
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org