# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-215-MEF** |
| | ) | |
| **ALBERTO VILLAREAL** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the defendant, **ALBERTO VILLAREAL,** by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty, pursuant to a written plea agreement and Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge. Mr. Villareal is in the custody of the U.S. Marshal Service in the Autauga County Jail. He does **not** require an interpreter.

Dated this 18th day of June 2007.

                                        Respectfully submitted,

                                        s/Christine A. Freeman
                                        **CHRISTINE A. FREEMAN**
                                        **TN BAR NO.: 11892**
                                        Counsel for Alberto Villareal
                                        Federal Defenders
                                        Middle District of Alabama
                                        201 Monroe Street , Suite 407
                                        Montgomery, AL 36104
                                        TEL:  (334) 834-2099
                                        FAX:  (334) 834-0353
                                        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Stephen Feaga, Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org