IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR NO. 2:06-cr-215-MEF |
| ) | |
| ALBERTO VILLAREAL, ) | |
| HARRY EDWARD JONES, III, ) | |
| SANTO COLEMAN, ) | |

**GOVERNMENT'S AMENDED RESPONSE TO MOTION FILED BY DEFENDANT JONES TO MODIFY THE CONDITIONS OF HIS PRETRIAL RELEASE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Amended Response, states as follows:

1.  Document #162 filed in this case was erroneously filed as a Motion instead of a Response.

2.  This Amended Response is filed to correct the error created the by the earlier filing of Document #162.

Respectfully submitted this 20th day of August, 2007.

                                    LEURA G. CANARY
                                    UNITED STATES ATTORNEY


                                    */s/ Nathan D. Stump*
                                    Stephen P. Feaga, Sr.
                                    Assistant United States Attorney
                                    Nathan D. Stump
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    131 Clayton Street
                                    Montgomery, Alabama  36104
                                    Tel: (334) 223-7280
                                    Fax: (334) 223-7135
                                    steve.feaga@usdoj.gov
                                    nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR NO. 2:06-cr-215-MEF |
| ) | |
| ALBERTO VILLAREAL, ) | |
| HARRY EDWARD JONES, III, ) | |
| SANTO COLEMAN, ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe M. Reed, Esq., and Susan Graham James, Esq.

Respectfully submitted,

/s/ *Nathan D. Stump*
Stephen P. Feaga, Sr.
Assistant United States Attorney
Nathan D. Stump
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
steve.feaga@usdoj.gov
nathan.stump@usdoj.gov

3