IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06-cr-215-MEF |
| | ) | |
| ALBERTO VILLAREAL | ) | |

## **MOTION TO CONTINUE SENTENCING**

Comes now the United States and moves this honorable court to continue sentencing in the above styled cause currently scheduled to take place on December 4, 2007, and as grounds therefore says as follows:

1. The defendant is scheduled to testify against the interests of his co-defendants, Santo Coleman and Harry Jones, at their trial set before this court on January 14, 2008, and the United States believes it will be helpful to the court in determining an appropriate sentence to have had the opportunity to hear said testimony and weigh its credibility and usefulness to the United States interests in the pursuit of justice.

2. The defendant and his counsel have been consulted and do not oppose this motion.

Wherefore, the above premises considered the United States respectfully requests that the Court continue the sentencing of this defendant to a date after the conclusion of the trial of United States v. Santo Coleman and Harry Jones.

Respectfully submitted this the 27th of November, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Stephen P. Feaga
        STEPHEN P. FEAGA
        Assistant United States Attorney
        United States Attorney's Office
        131 Clayton Street
        Montgomery, Alabama  36104
        Tel: (334) 223-7280
        Fax: (334) 223-7135
        steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR NO. 2:06-cr-215-MEF |
| | ) |
| ALBERTO VILLAREAL | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
steve.feaga@usdoj.gov