IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | (WO) |
| ALBERTO VILLAREAL | | |

# **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #191) filed on November 27, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for December 4, 2007 is continued to February 22, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 28th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE