IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | (WO) |
| ALBERTO VILLAREAL | | |

# **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #200) filed on February 6, 2008, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for February 22, 2008 is continued to April 22, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE