IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 2:06-cr-215-MEF |
| | ) | |
| ALBERTO VILLAREAL | ) | |

### ORDER ON MOTION

Upon consideration of the government's motion for release of prisoner (Doc. #208) filed on March 28, 2008, and for good cause, it is

ORDERED that the motion (Doc. #208) is GRANTED. The United States Marshals Service shall release custody of Alberto Villareal, to Joe Herman, ABI, and/or Neill Thompson, DEA, on April 1, 2008, through July 1, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that Joe Herman, ABI, and/or, Neill Thompson, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 31st day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE