IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:06cr215-MEF |
| ) | |
| ALBERTO VILLAREAL, ) | |
| HARRY EDWARD JONES, III, ) | |
| and SANTO COLEMAN ) | |

O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this 16th day of MAY, 2008.

_____
UNITED STATES DISTRICT JUDGE